IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE P. JOHNSON,                :
AIS 272233,
                                  :
    Petitioner,
                                  :
vs.                                            CA 11-0417-WS-C
                                  :
BETTINNA CARTER,                  :

    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 8, 2012 is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of March, 2012.

                s/WILLIAM H. STEELE
                **CHIEF UNITED STATES DISTRICT JUDGE**