IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE P. JOHNSON,<br>AIS 272233, | : |
| | : |
| Petitioner, | : |
| vs. | :     CA 11-0417-WS-C |
| | : |
| BETTINNA CARTER, | : |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this Court is procedurally barred from reaching the merits of Johnson's claims raised in the instant habeas corpus petition. Johnson is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 14th day of March, 2012.

                     s/WILLIAM H. STEELE
                     **CHIEF UNITED STATES DISTRICT JUDGE**